Entered on Docket
June 21, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



R4Richard T. Hilovsky (SBN 071221)
960 Saratoga Avenue. Suite 112
San Jose, CA 95129-3411
Tel: (408) 249-3600
Fax: (408) 984-6531
Email: hilski5633@sbcglobal.net

**IT IS SO ORDERED.**
**Signed June 21, 2010**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter
    Lillie Green              Case No. 08-53393

ORDER ON OBJECTION TO CLAIM

CLAIMANT: John R. Dunston
Debtor(s)_____ /   CLAIM NO: 5

    Upon consideration of the REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM to the above Claim and good cause appearing therefore,

    IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered and the Objection is sustained.
Claim No. 5 filed on May 26, 2009, by John R. Dunston is:

| | | |
|---|---|---|
| ___ | allowed as a secured claim in the amount of: | $_____. |
| __ | allowed as an unsecured claim in the amount of: | $_____. |
| ___ | allowed as a priority claim in the amount of: | $_____. |
| _X_ | disallowed in its entirety. | |
| _X_ | This claim is based on a loan obtained by fraud and elder abuse . | |

** END OF ORDER **

Rev. 2/05

COURT SERVICE LIST

1. Devin Derham-Burk
   Chapter 13 Trustee
   P.O. Box 50013
   San Jose, CA 95150

2. Office of the U.S. Trustee
   U.S. Federal Building
   280 S. First St., #268
   San Jose, CA 95113-3004

3. Law Offices of Richard T. Hilovsky
   Richard T. Hilovsky
   960 Saratoga Ave., Ste. #112
   San Jose, CA 95129

4. John R. Dunston
   3573 Larga Circle
   San Diego, CA 92110

5. Lillie Green
   4451 Renissance Dr., #532
   San Jose, CA  95134